# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RONALD SKAGGS, Sr.** | ) | Case No. 3:05cv2494 |
| | ) | |
| Petitioner | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **JESSIE WILLIAMS, Warden** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Court's order of this day, petitioner Ronald Skaggs, Sr.'s petition, and his case, is **DISMISSED**.  Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal *in forma pauperis* from this decision would be frivolous and could not be taken in good faith.

**IT IS SO ORDERED**.


Dated: May 2, 2007                                                                              *s/ Sara Lioi*
                                                                                                Sara Lioi
                                                                                                United States District Judge